## 9238.  HUFSTETLER *v.* PARKER.

LUKE, J.  This case is here upon the overruling of a motion for a new trial, based upon general grounds only. The evidence authorized the verdict, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed.  Wade, C. J., and Jenkins, J., concur.*

DECIDED MARCH 13, 1918.

Appeal; from Murray superior court—Judge Tarver. September 8, 1917.

*H. II. Anderson,* for plaintiff in error. *King & Starr,* contra.